IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10105-STA |
| VIRGINIA TORRES, | ) |
| Defendant. | ) |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on January 18, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Virginia Torres, appearing in person, and with counsel, Steve West.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, APRIL 23, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of January, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT