IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               Cr. No. 17-CR-10105-STA

VIRGINIA TORRES,

    Defendant.

## ORDER AND NOTICE OF RESETTING

Upon the Agreed Motion of the Defendant and the United States Attorney to Continue the April 23, 2019 sentencing hearing;

IT IS HEREBY ORDERED that the Defendant's sentencing hearing be and hereby is continued to May 31, 2019 at 9:00 a.m.

                                                    s/S. Thomas Anderson
                                                    S. THOMAS ANDERSON
                                                    CHIEF U.S. DISTRICT JUDGE

                                                    Date: 4/19/19